Eastern District of Kentucky
**FILED**

JUN 23 2022

AT LONDON
ROBERT R. CARR
CLERK U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                              INDICTMENT NO. 6:22-CR-038-REW

WESLEY A. CALHOUN and
DENNIE A. SMITH

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

On or about a date in November 2021, the exact date unknown, and continuing through on or about June 6, 2022, in Pulaski County, Garrard County, and Fayette County, in the Eastern District of Kentucky, and elsewhere,

**WESLEY A. CALHOUN and
DENNIS A. SMITH**

did conspire together and with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

Before **WESLEY A. CALHOUN** committed the offense charged in this count, **WESLEY A. CALHOUN** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a)(1), possession with the intent to distribute five

grams or more of methamphetamine, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 2
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about May 16, 2022, in Fayette County and Garrard County, in the Eastern District of Kentucky,

### WESLEY A. CALHOUN and
### DENNIE A. SMITH,

aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

Before **WESLEY A. CALHOUN** committed the offense charged in this count, **WESLEY A. CALHOUN** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a)(1), possession with the intent to distribute five grams or more of methamphetamine, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about June 6, 2022, in Pulaski County, in the Eastern District of Kentucky,

**WESLEY A. CALHOUN**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **WESLEY A. CALHOUN** committed the offense charged in this count, **WESLEY A. CALHOUN** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a)(1), possession with the intent to distribute five grams or more of methamphetamine, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 4
## 18 U.S.C. § 924(c)(1)(A)

On or about June 6, 2022, in Pulaski County, in the Eastern District of Kentucky,

**WESLEY A. CALHOUN**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 3, that is, possession with the intent to distribute methamphetamine, in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 5
## 18 U.S.C. § 922(g)(1)

On or about June 6, 2022, in Pulaski County, in the Eastern District of Kentucky,

**WESLEY A. CALHOUN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed firearms, that is a (1) Ruger, EC9S, 9mm caliber pistol with serial number 461-03573; (2) a Kimber, 1911, .45 caliber pistol with serial number K782279; (3) a Ruger, Security-9, 9mm caliber pistol with serial number 385-54756; (4) Wilson Combat, WC-15, .223 caliber rifle with serial number WCPC18326; (5) Wilson Combat, P365, 9mm caliber pistol with serial number 663808903; (6) Ruger, LC9, 9mm caliber pistol with serial number 461-41000; (7) and a Keltec, P-32, .32ACP caliber pistol with unknown serial number, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

In committing the offenses alleged in Counts 4 and 5 of this Indictment, the below-listed firearms are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

In committing the offenses alleged in Count 1, 2, and 3 of this Indictment, the same being punishable by imprisonment for more than one year, **WESLEY A. CALHOUN** used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violation, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 841(a)(1) and 846, including, but not limited to, the following property:

### FIREARM AND AMMUNITION:

1. Ruger, EC9S, 9mm caliber pistol with serial number 461-03573 seized from Wesley A. Calhoun on or about June 6, 2022;

2. Kember, 1911, .45 caliber pistol with serial number K782279 seized from Wesley A. Calhoun on or about June 6, 2022;
3. Ruger, Security-9, 9mm caliber pistol with serial number 385-54756 seized from Wesley A. Calhoun on or about June 6, 2022;
4. Wilson Combat, WC-15, .223 caliber rifle with serial number WCPC18326 seized from Wesley A. Calhoun on or about June 6, 2022;
5. Wilson Combat, P365, 9mm caliber pistol with serial number 663808903 seized from Wesley A. Calhoun on or about June 6, 2022;
6. Ruger, LC9, 9mm caliber pistol with serial number 461-41000 seized from Wesley A. Calhoun on or about June 6, 2022;
7. Keltec, P-32, .32ACP caliber pistol with unknown serial number seized from Wesley A. Calhoun on or about June 6, 2022; and
8. Various rounds of ammunition seized from Wesley A. Calhoun on or about June 6, 2022.

**CURRENCY:**

1. $13,900 of United States currency seized on or about June 6, 2022; and
2. $16,600 of United States currency seized on or about June 16, 2022.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **WESLEY A. CALHOUN** has in the above-described property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461.

A TRUE BILL

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

### COUNTS 1, 2, & 3

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

> **If Prior Serious Drug Felony Conviction:**
> Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

### COUNT 4

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

### COUNT 5

Not more than 10 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Forfeiture of listed items.